# United States District Court
# For The Western District of North Carolina
# Charlotte Division

K. K. Buccini,
existing as M.S. Mosley

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                      3:12-cv-1

Michael Jordan,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 18, 2012 Order.

                                                  Signed: January 18, 2012

                                                  Frank G. Johns, Clerk
                                                  United States District Court